# District Court Of Appeal Of The State Of Florida
## Fourth District
*July Term 2014*

**FIDELITY NATIONAL TITLE INSURANCE COMPANY,**
Appellant,

v.

**CARMEN J. GROSSO, JAMES M. CHERESKIN,** and **BARBARA A. CHERESKIN,** individually and on behalf of themselves and all others similarly situated,
Appellees.

No. 4D14-49

[July 23, 2014]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey E. Streitfeld, Judge; L.T. Case No. CACE04013548 (07).

Jerry R. Linscott and Julie Singer Brady of Baker & Hostetler, LLP, Orlando, for appellant.

John S. Mills and Courtney Brewer of The Mills Firm, P.A., Tallahassee, Jeffrey M. Liggio of Liggio Benrubi, West Palm Beach, Robert J. Axelrod of Pomerantz LLP, New York, and P. Scott Russell of P. Scott Russell P.A., Jacksonville, for appellees.

PER CURIAM.

*Affirmed. See Commonwealth v. Higgins,* 58 So. 3d 280 (Fla. 1st DCA 2011).

GROSS, MAY, JJ., and SCHER, ROSEMARIE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***